# STONBERG MORAN, LLP

Attorneys at Law
505 Eighth Avenue, Suite 2302
New York, New York   10018
Phone: (212) 231-2220
Fax: (646) 349-3528
www.stonbergmoran.com

September 22, 2020

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre St.
New York, NY 10007

   Re:  The Charter Oak Insurance Company v. New York Marine and General Insurance Company
   Docket: 1:20-cv-02911-JMF
   Our File: 40238

Dear Hon. Furman:

  Our offices have been retained to represent New York Marine and General Insurance Company ("NYM") in the above noted matter.  The purpose of this letter is to withdraw our letter motion for a ruling as respects the production of Charter Oak Insurance Company ("Charter Oak")'s underwriting file as set forth in Document 19 based upon communications with counsel for Charter Oak.

  Thank you,

                Very truly yours,

                Sherri N. Pavloff (SNP 5373)

cc:

Meg Reid, Esq.
Keane & Assoc.
485 Lexington Ave., 6th Floor
New York, NY  10017
Via ECF

In light of the foregoing, Defendant's motion for a discovery conference, ECF No. 19, is deemed withdrawn.  The Clerk of Court is directed to terminate ECF No. 21. SO ORDERED.

September 22, 2020