```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
THE CHARTER OAK FIRE INSURANCE COMPANY,                          :
                                                                 :
                              Plaintiff,                         :
                                                                 :        20-CV-2911 (JPC)
        -v-                                                      :
                                                                 :        ORDER
NEW YORK MARINE AND GENERAL INSURANCE                            :
COMPANY,                                                         :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Defendant's request for an adjournment of the conference scheduled for November 18, 2020 at 4:00 p.m. is GRANTED. The conference is adjourned *sine die*.

Defendant's request for an extension of the briefing schedule previously entered by the Court (Dkt. 27) is GRANTED. Summary judgment motions shall be filed by December 21, 2020. Oppositions to such motions shall be filed by January 11, 2021. Replies shall be filed by January 19, 2021.

The Clerk is respectfully directed to close the letter motion at Dkt. 30.

SO ORDERED.

Dated: November 18, 2020
       New York, New York

                                            _____
                                            JOHN P. CRONAN
                                            United States District Judge